IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RECHELL LANIER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:11-CV-2944-L-BK** |
| § | |
| **MICHAEL J. ASTRUE,** Commissioner § | |
| of Social Security Administration, § | |
| § | |
| Defendant. § | |

# ORDER

Plaintiff filed this appeal on October 28, 2011, from the decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for disability and Disability Insurance Benefits under Title II of the Social Security Act. The case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on December 7, 2012, recommending that Defendant's Motion for Summary Judgment (Doc. 25) be granted, Plaintiff's Motion for Summary Judgment (Doc. 22) be denied, and the decision of the Commissioner be affirmed. No objections were filed in response to the Report.

After reviewing the pleadings, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion for Summary Judgment (Doc. 25), **denies** Plaintiff's Motion for Summary Judgment (Doc. 22), **affirms** the Commissioner's decision, and **dismisses** this action **with prejudice**.

**It is so ordered** this 8th day of January, 2013.

                                                        _____
                                                        Sam A. Lindsay
                                                       United States District Judge